UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILIP M. MONIER,
    Petitioner,

vs.                                          Case No.: 3:16cv174/MCR/EMT

JULIE JONES,
    Respondent.
_____/

**O R D E R**

This case is before the Court on the Chief Magistrate Judge's Report and Recommendation dated April 10, 2017, ECF No. 22. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of the timely filed objections, ECF No. 23, and has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     Respondent's Motion to Dismiss, ECF No. 19, is **DENIED**.

3.     This matter is referred to the assigned magistrate judge for issuance of

an order establishing a deadline for Respondent to file an answer to the habeas petition.

**DONE AND ORDERED** this 25th day of April 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**